# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI FILED
2023 SEP -8 P 1: 07

(Full name of plaintiff)

EDDIE BALDERAS

v.

(Full name of defendant(s))

Denise H Valerius, Wendy W Delmer, Daniel Cromwell,

Julie A Pendergast, Maryah Martin, Timothy Thomas,

Melissa McFarlane, Nicole Brow, Lisa Payne

Case Number:

_____

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   __PO Box 2000, 2000 Progress drive, New Lisbon, WI 53950__
   (Address of prison or jail)

2. Defendant __Denise H Valerius, et el.__
   (Name)
   is (if a person or private corporation) a citizen of __Wisconsin__
   (State, if known)
   and (if a person) resides at __Wisconsin__
   (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for  New Lisbon Health Services Unit, PO Box 2000, New Lisbon, WI 53950
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On 3/28/22, I noticed a lump growing on my testicles/scrotum (testies). I wrote to the

Institutions Health Services Unit (HSU) on that same day. RN Martin wrote me and said

"continue to monitor, notify HSU if pain or change and referred to the provider." This

issue has been onging for over a year now and it is still not taken care of. I'm in constant

pain and discomfort. The HSU is not taking my issue seriously and continues to "put me

off" with minimal medical remidies, such as giving me an Icepack, an athletic supporter,

and to take ibuprofen or tylenol for the pain, which none of this helped at all and I told

HSU that. They however kept telling me that a "referral is/was/is going to be made to see

a Urologist, which as of todate I have not seen. They did, however, have me do two

Ultrasounds (US), which did show moderate Hydroceles on my testies.

I feel that for this medical issue that something should have been done right away and

not put off. This type of issue, prolonged, colud turn into a more major issue, if it hasn't

already. I told HSU about my brother who had a lump on his testies which eventually turned into Cancer. They keep telling me that its not Cancer but until I get the proper medical treatment done to prove that its not Cancer, makes me concerned.

As I stated earlier, this issue has been going on for 16 months with no end in sight.

I am suing the individual people that worked at New Lisbon Correctional Institution's (NLCI) HSU as stated below for their individual capacity related to my onging issue.

The defendants are as follows:

Denise H Valerius RN, who oversaw most of my treatment,

Wendy W Delmer RN, Lisa Payne RN, Julie A Pendergast RN, Melissa McFarlane RN, Maryah Martin RN, these Nurses were instrumental in my care some by giving me medications, a medical device, or simply writing a statement/response to my HSU request slip. They all bare the responsibility for my care and the delay of my care.

Mark Ledesma MD, is the only doctor I was able to get by name from the HSU who was part of my treatment and care, still, was also part of the delay in my treatment.

Nicole Brow, the HSU Manager, who should have overseen the proper care of my medical issue, failed to get me my surgery and prompt and proper care for my issue.

Daniel Cromwell, Warden, Timothy Thomas, Deputy Warden, who are in charge of this Instituion failed to act as leaders in making HSU do their job properly and effeciently to where my medical issue would have and should have been taken care of right away.

Due to the pain and the stress. Iwas put on psych and depression medications.

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

$2,000,000 - Two Million Dollars

Get my medical issue taken care of NOW!

Case 2:23-cv-01191-JPS   Filed 09/08/23   Page 4 of 5   Document 1
Complaint - 4

E.  JURY DEMAND

I want a jury to hear my case.

[n] – YES           [ ] – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this **25** day of **August** 20**23**.

Respectfully Submitted,

*Eddie Baldena* (signature)
Signature of Plaintiff

675826
Plaintiff's Prisoner ID Number

New Lisbon Correctional Institution, PO Box 2000

2000 Progress drive, New Lisbon, WI 53950

(Mailing Address of Plaintiff)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

[n]  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

[ ]  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.